■ In the Matter of the Arbitration between BURNS BROS. et al., Respondents, and JAMES F. McGUIRE, as President-Treasurer of Coal, Gasoline, Fuel Oil Teamsters, Chauffeurs, Oil Burner Installation, Maintenance, Servicemen and Helpers of New York City & Vicinity, Local Union No. 553, Affiliated with International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America, et al., Appellants.— Motion for a stay dismissed, having become academic by virtue of the decision of this court in *Matter of Burns Bros.* (*McGuire*) (11 A D 2d 1000). Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.